UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ____Third_____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: _George B. Filoia_       JOINT DEBTOR: _Judith A. Filoia_       CASE NO.: _15-12665-EPK_
Last Four Digits of SS# _8364_    Last Four Digits of SS# _0708_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $___1,746.79___ for months __1__ to __60__ ;
   B.   $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $__4,250.00__ TOTAL PAID $__1,000.00__
                 Balance Due    $__3,250.00__ payable $__178.00__/month (Months __1__ to __6__)
                                              payable $__109.10__/month (Months __7__ to __26__)
         Chapter 13: $3,500.00; Lien strip: $750.00

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.       Caliber Home Loans, Inc       Arrearage on Petition Date $_38,632.22 ($37,842.82 per POC#5 + 5 mos ins @$157.88/mo*_
Address:   P.O. Box 24330              Arrears Payment    $____643.88__/month (Months __1__ to __60__)
           Oklahoma City, OK 73124     Arrears Payment    $_____/month (Months _____ to _____)
Account No:   xxxx7778                 Regular Payment    $____766.11__/month (Months __1__ to __60__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Greentree Servicing, LLC 7340 S. Kyrene Rd. T-120 Tempe, AZ 85283 Acct # xxxx3672 | Lot 28, Block 153, PORT ST LUCIE SECTION 27, St. Lucie County, FL FMV: $85,600.00 | n/a | n/a | n/a | $0.00 This claim shall be stripped as a mortgage or lien against the referenced real property and treated as a general unsecured claim. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due  $_____
                               Payable    $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $__68.90__/month (Months __7__ to __26__); Pay $__178.00__/month (Months __27__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
    *Debtor will pay taxes and insurance on homestead property direct. Mortgage arrears in Plan (above) includes 5 months of forced placed insurance premiums paid by Creditor post petition from 02/2015-07/2015. Debtor now pays direct. Regular payment contains no escrow.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Sean M. Murray, Esq. (Attorney for Debtor)          /s/ Sean M. Murray, Esq. (Attorney for Joint-Debtor)
Debtor                                                   Joint Debtor
Date:   08/10/2015                                       Date:  08/10/2015

LF-31 (rev. 01/08/10)